**EXHIBIT 17**

WINTHROP & WEINSTINE

July 14, 2026

Jeffrey A. Peterson
Direct Dial: (612) 604-6509
jeffpeterson@winthrop.com

**VIA E-MAIL jdinoff@kcpadvisory.com**
**AND CERTIFIED MAIL**
Schwebel Baking Company
Attn: Jacen Dinoff
Chief Restructuring Officer
965 East Midlothian Blvd.
Youngstown, OH 44502

**VIA E-MAIL jdinoff@kcpadvisory.com**
**AND CERTIFIED MAIL**
SBC Transportation, Inc.
Attn: Jacen Dinoff
Chief Restructuring Officer
965 East Midlothian Blvd.
Youngstown, OH 44502

**VIA E-MAIL jdinoff@kcpadvisory.com**
**AND CERTIFIED MAIL**
Schwebel Baking Company of N.Y., Inc.
Attn: Jacen Dinoff
Chief Restructuring Officer
965 East Midlothian Blvd.
Youngstown, OH 44502

**VIA E-MAIL jdinoff@kcpadvisory.com**
**AND CERTIFIED MAIL**
SBC Transportation of PA, Inc.
Attn: Jacen Dinoff
Chief Restructuring Officer
965 East Midlothian Blvd.
Youngstown, OH 44502

**VIA E-MAIL jdinoff@kcpadvisory.com**
**AND CERTIFIED MAIL**
Schwebel Baking Company of PA
Attn: Jacen Dinoff
Chief Restructuring Officer
965 East Midlothian Blvd.
Youngstown, OH 44502

Re: SPECTRUM Loan Default

Dear Mr. Dinoff:

We represent SPECTRUM Commercial Finance, LLC ("Spectrum"). Schwebel Baking Company, Schwebel Baking Company of N.Y., Inc., Schwebel Baking Company of PA, SBC Transportation, Inc., and SBC Transportation of PA, Inc. (individually and collectively, the "Obligor") are in default on the Forbearance Agreement dated June 23, 2026 (the "Forbearance Agreement") because of new defaults under the loan documents. Schwebel Baking Company has been named in at least two lawsuits including *Central States et al v. Schwebel Baking Company*, filed in the United Stated District Court for the Northern District of Illinois, Case No. 26-cv-08010, and *Teamsters Local Union No. 52, et al., v. Schwebel Baking Co.*, filed in United States District Court for the Northern District of Ohio; Case No. 26-cv-01532, and in which the plaintiff has moved for an injunction scheduled for hearing on July 15, 2026, to limit the operations of the business. Each

lawsuit constitutes, among other defaults, a material adverse occurrence under section 20(o) of the General Credit and Security Agreement which, in Spectrum's sole discretion, could materially adversely affect the present or prospective financial condition or operations of the Obligors or impair the ability of an Obligor to perform its obligations under the Agreement and loan documents.

Spectrum has accelerated the amounts owed and demands immediate payment. $3,761,977.41 in outstanding principal is due and owing plus accrued interest and allowed fees, costs and other expenses under the loan documents including legal fees and costs. Spectrum is also entitled and will immediately begin accruing interest at the default interest rate. Nothing in this letter waives any rights and remedies of Spectrum including, but not limited to, the right to commence an immediate legal action.

WINTHROP & WEINSTINE, P.A.

*/s/ Jeffrey A. Peterson*

Jeffrey A. Peterson

43425921v3