**EXHIBIT 1**

*Proof of Claim Form*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SPECTRUM COMMERCIAL FINANCE, LLC, | : | Case No.: 4:26-cv-01628 |
| Plaintiff, | : | Judge John R. Adams |
| v. | : | Magistrate Judge Carmen E. Henderson |
| SCHWEBEL BAKING COMPANY, *et al.* | : | |
| Defendants. | : | |

**Fill in this information to identify the claim:**

Name of the Receivership Entity against which the claim is asserted: ____________________________________________

*(If you assert a claim against more than one Receivership Entity, file a separate Proof of Claim Form for each entity. Schwebel Baking Company and its affiliated defendants are referred to collectively as the "Receivership Entities.")*

**PROOF OF CLAIM**

*(Modeled on Official Form 410, adapted for the receivership)*

Read these instructions before filling out this form. This form is for making a claim against the receivership estate of Schwebel Baking Company and the other Receivership Entities. Do not use this form to assert a claim that has already been paid in full or otherwise satisfied by the Receiver.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning.

A person who files a fraudulent claim, or who makes a false statement in connection with a claim, may be subject to civil and criminal penalties under applicable law.

**Fill in all the information about the claim as of July 21, 2026 (the "Receivership Date").**

**Part 1: Identify the Claim**

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): ______________________________

Other names the creditor used with the debtor: ______________________________

**2. Has this claim been acquired from someone else?**

☐ No ☐ Yes. From whom? ______________________________



21719706

**3. Where should notices and payments to the creditor be sent?**

Where should notices be sent?
Name: ______________________________
Number / Street: ______________________________
City / State / ZIP: ______________________________
Contact phone: __________________ Contact email: __________________
Where should payments be sent (if different)?
Name / Address: ______________________________

**4. Does this claim amend one already filed?**

☐ No ☐ Yes. Claim number (if known): __________ Filed on: __ /__/____

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No ☐ Yes. Who made the earlier filing? ______________________________

**Part 2: Give Information About the Claim as of the Receivership Date**

**6. Do you have any number you use to identify the debtor?**

☐ No ☐ Yes. Last 4 digits of the debtor's account or any number you use: _____

**7. How much is the claim?**

$ ________________________ Does this amount include interest or other charges?

☐ No ☐ Yes. Attach a statement itemizing interest, fees, expenses, or other charges.

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death.

______________________________
______________________________

**9. Is all or part of the claim secured?**

☐ No ☐ Yes. The claim is secured by a lien on property.

Nature of property: ☐ Real estate ☐ Motor vehicle ☐ Other. Describe: ______________
Basis for perfection: ______________________________
Value of property: $ ______________ Amount of the claim that is secured: $ ______________

Amount of the claim that is unsecured: $ ______________

Annual interest rate (when receivership commenced): ________ % ☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☐ No ☐ Yes. Amount necessary to cure any default as of the Receivership Date: $ ______________

**11. Is this claim subject to a right of setoff?**

☐ No ☐ Yes. Identify the property: ______________________________

**12. Is all or part of the claim entitled to priority under applicable law?**

Priority, if any, will be determined by the Court under applicable law in connection with a plan of distribution.

☐ No ☐ Yes. Check all that apply and state the amount entitled to priority:

☐ Domestic support obligations. $ ____________

☐ Wages, salaries, or commissions earned within the applicable statutory period. $ ____________

☐ Deposits toward the purchase, lease, or rental of property or services for personal, family, or household use. $ ____________

☐ Taxes or penalties owed to governmental units. $ ____________

☐ Contributions to an employee benefit plan. $ ____________

☐ Other. Specify the basis: ______________________ $ ____________

**Part 3: Sign Below**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the Receiver, or the Receiver's authorized agent.

☐ I am a guarantor, surety, endorser, or other codebtor.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that, when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ____ / ____ / ________

_______________________________________

Signature

Name: ______________________________

Title: ______________________________

Company: ______________________________

Address: ______________________________

Contact phone: __________________ Email: __________________

**Where to Send the Completed Proof of Claim**

**By First Class Mail, Overnight Courier, Hand Delivery, or Messenger:**
**Schwebel Baking Company Receivership — Claims Processing**
**c/o KCP Advisory Group LLC**
**700 Technology Park Drive, Suite 212**
**Billerica, MA 01821**
**By Electronic Mail: Schwebelclaims@kcpadvisory.com**